SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar No. 14723
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILY ROCHIN,<br><br>Defendant. | Case No. 3:25-cr-00009-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and through SIGAL CHATTAH, Acting United States Attorney for the District of Nevada, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel or the United States of America, and JANICE HUBBARD, counsel for Emily Rochin, that the Sentencing Hearing in this case currently scheduled for October 1, 2025, at 11:00 a.m., be vacated and continued to December 17, 2025 at 11:00 a.m.

This Stipulation to continue is entered into for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Defendant EMILY ROCHIN is currently detained and consents to the continuance.

This is the first stipulation to continue filed herein.

DATED this 26th day of September 2025.

SIGAL CHATTAH
United States Attorney

By: /s/ *Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

By: /s/ *Janice Hubbard*
JANICE HUBBARD, ESQ.
Counsel for Defendant Emily Rochin

**ORDER**

Based on the Stipulation of counsel, and good cause appearing, IT IS THEREFORE ORDERED that the Sentencing Hearing in this case currently scheduled for Wednesday, October 1, 2025, at 11:00 a.m., be vacated and continued to December 17, 2025, at 11:00 a.m.

DATED this 26th day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE